UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-1635-GW-MARx | Date | June 26, 2026 |
|---|---|---|---|
| Title | *Cesar Acevedo v. E & S Auto, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 25, 2026, Plaintiff Cesar Acevedo filed a Notice of Settlement [16]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 27, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 24, 2026.

|  |  | : |  |
|---|---|---|---|
| Initials of Preparer | JG | | |